ALBANY,
Feb. 1826.

THE PEOPLE *ex rel.* HOLLY, *against* THE SUPERVISORS OF COLUMBIA.

Ex parte Corwin.

THE SAME, *ex rel.* WATERMAN, *against* THE SAME.

ON taking the rule both for the alternative and peremptory mandamus in this cause, it was entered by the attorney with costs ; which the defendants refused to pay; and now moved to strike out of the rule. (See the report of these cases, 4 Cowen, 146.)

*Costs are not usually given, on granting an alternative or peremptory mandamus on motion. If the party will secure costs, he should go to his demurrer, or issue of fact.*

*T. Bay,* for the motion?

*C. Bushnell,* contra.

*Curia.* Costs were not ordered in these causes ; and generally we do not give them, on granting either an alternative or peremptory mandamus on motion. If the relator wishes to secure costs, he must go to his demurrer or issue of fact.

Motion granted.